McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2726

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEREMY SABATE, ) <br> ) <br> Defendant and ) <br> Judgment Debtor. ) <br> _____ ) <br> ) <br> BD MEDICAL SYSTEMS, ) <br> ) <br> Garnishee. ) <br> _____ ) | MISC.S-05-477-MCE-DAD <br> (CR S 02-256-MCE) <br> <br> ORDER OF CONTINUING <br> GARNISHMENT PURSUANT TO <br> STIPULATION (Voluntary) |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee BD Medical Systems shall withhold each month and remit to the United States Attorney,

/////
/////
/////
/////
/////

1

1 $100.00  of defendant's disposable earnings**\***, until the judgment is
2 paid in full, or until further order of the Court.
3 DATED: November 9, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1/orders.civil/sabate0477.ord

\* (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)