IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISC.S-05-0477-MCE-DAD |
| Plaintiff, | (CR S 02-256-MCE) |
| v. | ORDER TO SHOW CAUSE |
| JEREMY SABATE, | |
| Defendant and Judgment Debtor. | |
| _____/ | |
| BD MEDICAL SYSTEMS, | |
| Garnishee. | |
| _____/ | |

In light of the Order of Continuing Garnishment on file in the above-entitled action, plaintiff is directed to show cause in writing within thirty (30) days why this action should not be administratively closed.

DATED: April 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Dad1/orders.civil/sabate0477.ord