IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JEREMY SABATE,<br><br>       Defendant and<br>       Judgment Debtor.<br>_____/<br>BD MEDICAL SYSTEMS,<br><br>       Garnishee.<br>_____/ | MISC.S-05-0477-MCE-DAD<br>(CR S 02-256-MCE)<br><br><br>ORDER |

By order to show cause filed April 27, 2006, plaintiff was directed to show cause in writing why this action should not be administratively closed. Later that same day, plaintiff filed a notice to terminate the garnishment of defendant's wages with the Clerk of the Court.

/////

/////

1

1  Accordingly, the Clerk of the Court is directed to
2  administratively close this miscellaneous action.
3  DATED: June 6, 2006.

```
         _____
         DALE A. DROZD
         UNITED STATES MAGISTRATE JUDGE
```

DAD:th
Dad1/orders.civil/sabate0477.close